UNITED STATES of America,
Plaintiff–Appellee,

v.

Prospero ACOSTA–VALENZUELA,
Defendant–Appellant.

No. 05–10731.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**136**

Submitted Oct. 16, 2006.*

Filed Oct. 18, 2006.

Mark Wayne Reeves, Esq., Office of the U.S. Attorney, Yuma, AZ, Plaintiff–Appellee.

Prospero Acosta–Valenzuela, California City, CA, pro se.

Marc J. Victor, Esq., Victor & Hall, PLC, Mesa, AZ, for Defendant–Appellant.

Before: T.G. NELSON, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Prospero Acosta–Valenzuela appeals from his guilty-plea conviction and 30–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a), as enhanced by (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Acosta–Valenzuela has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Acosta–Valenzuela knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we en-

force the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.** The appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

